PETER CUMMINGS, PROSECUTOR, v. TOWN OF MONT-
CLAIR, DEFENDANT.

Argued January 17, 1929—Decided January 30, 1929.

Before Justices MINTURN, BLACK and CAMPBELL.

For the prosecutor, *Thomas Brunetto*.

For the defendant, *George R. Beach* and *George S. Harris*.

PER CURIAM.

A rule to show cause was allowed in this case, for the issu-
ance of a writ of *certiorari,* to review a judgment of dismissal
from the fire department of the town of Montclair rendered
against the prosecutor, Peter Cummings, on April 24th, 1928.

Our reading of the record in this case leads us to the con-
clusion, that a writ of *certiorari* should be allowed to review
the judgment of dismissal.